# EXHIBIT "B"

6

FILED

# SMALL CLAIMS COMPLAINT

2006 OCT 31 P 2:58

CLERK. HAMILTON CO. COURTS

Name Med-1 Solutions, LLC

Address 6239 South East Street, Suite F

City Indianapolis State IN Zip 46227

Telephone (317) 786-6800

Plaintiff,

AGAINST

Name DENISE D BOYD

Address 5123 CALLAN DR

City INDIANAPOLIS State IN Zip 46254

Telephone 317-293-7345

Defendant.

**HAMILTON SUPERIOR NO. 5**
**One Hamilton County Square, Suite 297**
**Noblesville, Indiana 46060-2231**
**Telephone No. (317) 776-8260**

**CAUSE NO. 29D05-** 0610 **-SC-** 2522

Attorney (optional) Courtney M. Gaber

Address 6239 South East Street, Suite F

City Indianapolis State IN Zip 46227

Telephone (317) 786-6800

Attorney No. 25209-29

**Service by:** ☑ **Sheriff of** Marion **County**
☐ **Certified Mail**

## NOTICE OF CLAIM

TO THE DEFENDANT FROM THE CLERK OF THE COURTS:

You have been sued by the Plaintiff whose name appears above. You must appear in the Hamilton Superior Court No. 5 in person or with your attorney on Dec. 6th, 2006 @ 9 Am for hearing. The Plaintiff may be given a default judgment against you if you fail to appear at that time.

The Plaintiff's Claim is for: ■ Account or Note (copy attached) ☐ Rent (lease attached) ☐ Wages ☐ Contract (copy attached) ☐ Other (specify)

A brief statement of the nature of the Plaintiff's claim against you is as follows:

Unpaid Medical Bill (see attached) : $ 215.00

Reasonable Attorneys Fees per contract, if awarded by court (see attached consent form): $375.00

The Plaintiff demands judgment against the Defendant for $ 590.00, plus interest from Nov. 8, 2006 at the rate of 8 %, and the court costs of this action.

10/16/06

Date

EXHIBIT "B"

Plaintiff (or attorney)

2✓

ACCOUNT BALANCE FOR ST VINCENT HOSPITAL & HEALTH CARE CENTER

ACCOUNT #:002020351007
PATIENT NAME: DENISE D BOYD
DATE OF SERVICE: 01/28/06
Bal: $55.00 +$20 LATE FEE added by hospital before referral to Med1
RESPONSIBLE PARTY: DENISE D BOYD
5123 CALLAN DR
INDIANAPOLIS IN 46254

DATE LISTED WITH MED-1: 05/11/06

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

ACCOUNT BALANCE FOR ST VINCENT HOSPITAL & HEALTH CARE CENTER

ACCOUNT #:001002824546
PATIENT NAME: LEKESHA R BOYD
DATE OF SERVICE: 11/18/05
Bal: $50.00 +$20 LATE FEE added by hospital before referral to Med1
RESPONSIBLE PARTY: DENISE BOYD
5123 CALLAN DR
INDIANAPOLIS IN 46254

DATE LISTED WITH MED-1: 02/23/06

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

ACCOUNT BALANCE FOR ST VINCENT HOSPITAL & HEALTH CARE CENTER

ACCOUNT #:001002818376
PATIENT NAME: LEKESHA R BOYD
DATE OF SERVICE: 09/19/05
Bal: $50.00 +$20 LATE FEE added by hospital before referral to Med1
RESPONSIBLE PARTY: DENISE BOYD
5123 CALLAN DR
INDIANAPOLIS IN 46254

DATE LISTED WITH MED-1: 02/13/06

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.