# EXHIBIT "C"

188183
6/228

FILED

# SMALL CLAIMS COMPLAINT

2006 AUG 15 A 11: 04

CLERK, HAMILTON CO. COURTS

Name Med-1 Solutions, LLC

Address 6239 South East Street, Suite F

City Indianapolis State IN Zip 46227

Telephone (317) 786-6800

Plaintiff,

AGAINST

Name YVONNE S EMOUS

Address 8549 JAGGED ROCK CT

City INDIANAPOLIS State IN Zip 46256

Telephone 317-849-3138

Defendant.

**HAMILTON SUPERIOR NO. 5**
**One Hamilton County Square, Suite 297**
**Noblesville, Indiana 46060-2231**
**Telephone No. (317) 776-8260**

**CAUSE NO. 29D05-** 0608 **-SC-** 1909

Attorney (optional) Courtney M. Gaber

Address 6239 South East Street, Suite F

City Indianapolis State IN Zip 46227

Telephone (317) 786-6800

Attorney No. 25209-29

**Service by:** ☑ **Sheriff of** Marion **County**
☐ **Certified Mail**

## NOTICE OF CLAIM

TO THE DEFENDANT FROM THE CLERK OF THE COURTS:

You have been sued by the Plaintiff whose name appears above. You must appear in the Hamilton Superior Court No. 5 in person or with your attorney on September 6, 2006 @ 9am for hearing. The Plaintiff may be given a default judgment against you if you fail to appear at that time.

The Plaintiff's Claim is for: ■ Account or Note (copy attached) ☐ Rent (lease attached) ☐ Wages ☐ Contract (copy attached) ☐ Other (specify)________

A brief statement of the nature of the Plaintiff's claim against you is as follows:

Unpaid Medical Bill (see attached) : $3198.50

Attorneys Fees (see attached consent form): $375.00

The Plaintiff demands judgment against the Defendant for $ 3573.50 , plus interest from ________, at the rate of ________%, and the court costs of this action.

7/27/06
Date

Plaintiff (or attorney)

EXHIBIT "C"

Account Balance for: **St. Vincent Hospital & Health Care**

| | |
|---|---|
| Account #: | 002050679031 |
| Patient Name: | YVONNE S EMOUS |
| Date of Service: | 03/18/05 |
| Balance: | $420.13 +$20 late fee added by hospital before referral to Med1 |
| Responsible Party: | YVONNE S EMOUS<br>8549 JAGGED ROCK CT<br>INDIANAPOLIS IN 46256 |

Date Listed with Med1: 06/20/05

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Account Balance for: **St. Vincent Hospital & Health Care**

| | |
|---|---|
| Account #: | 001056327750 |
| Patient Name: | YVONNE S EMOUS |
| Date of Service: | 08/16/05 |
| Balance: | $2738.37 +$20 late fee added by hospital before referral to Med1 |
| Responsible Party: | YVONNE S EMOUS<br>8549 JAGGED ROCK CT<br>INDIANAPOLIS IN 46256 |

Date Listed with Med1: 01/24/06

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

St.Vincent HEALTH

EMOUS ,YVONNE S
2050679031 000173-25-76
ANDERSON, JAMES T.
[redacted]

## FINANCIAL CONSENT/ASSIGNMENT OF BENEFITS AND RELEASE OF INFORMATION

I hereby assign payment to (1) the Hospital; (2) health care providers who are not employees of the Hospital, but who have a contract with the Hospital to provide services, such as, Emergency Physicians, Anesthesiologists, Radiologists, Pathologists, and Mental Health providers; and (3) health care providers who have no employment or other contractual agreement with the Hospital, such as para-medics, and authorize them to release a copy of my medical records and to release any other information necessary for them to obtain my assigned payment from my insurance, Medicare, Medicaid, workers' compensation carriers, and social security administrators with whom I have coverage or from whom benefits are, or may become, payable to me, including settlements or judgments from the incident for which I am receiving treatment. I acknowledge that the providers in categories two (2) and three (3) above are not employees or agents of the Hospital and I understand that the Hospital is not liable for the acts of the providers in categories two (2) and three (3). I agree to pay, when billed or requested by the Hospital, any amount charged for Hospital services not covered by the above payers.

## ACKNOWLEDGEMENT OF FINANCIAL RESPONSIBILITY

By signing this form you agree to abide by all the terms contained herein. You also agree to pay all the charges promptly when due. For non-installment payment arrangements, a late fee of $20.00 may be added to your account each month that the payment is not posted by the due date as indicated on your statement. If your account is forwarded to a collection agency or attorney: (1) whether or not legal proceedings are instituted, a collection agency fee not to exceed 20% of the account balance or One Thousand Dollars ($1000), may be added to your account balance forwarded; and, (2) you will be responsible for any court costs, reasonable attorney fees, and interest as allowed by Indiana statute, incurred in the collection of your account.

- I have received a copy of my patient bill of rights ☒ Yes ☐ No
- I have received a copy of the Hospital's privacy practices.
  ☒ Yes ☐ No
- In the event I am admitted to the Hospital, information regarding advance directives will be provided to me.
- (Medicare Patients Only) In the event I am admitted to the Hospital, I will be provided with a copy of the "Important Letter to Medicare Patients."

**The undersigned certifies that he/she has read and understands the above.**

[signature] 3-18-2005
[Signature of Patient or Patient's legal representative if Patient is unable to sign] [Date Signed]

Relationship to Patient if Patient is unable to sign ____________

8549 Jagged Rock Ct 317-849-3130
[Address including street, city and zip code] [Phone number]

[signature] 3-18-05
[Signature of Witness] [Date Signed]

## AUTHORIZATION TO RELEASE AND OBTAIN MEDICAL RECORDS VIA COMPUTER SYSTEM

☒ I authorize the Hospital to release my medical record information, whether in printed or electronic form, via an automated computer system called the Indiana Network for Patient Care ("INPC"), pursuant to applicable federal and state laws, rules and regulations, to health care institutions, physicians, other providers who may have me as a patient, and research institutions that agree to treat my information in a confidential manner in accordance with applicable federal, state and local laws. I further authorize any other individual or entity that has provided health care to me, which may include other hospitals, health care providers, managed care organizations, laboratories and pharmacies, to release to the Hospital any and all of my medical record information, whether in print or electronic form, via INPC, needed to provide me with informed medical care. This authorization extends to records relating to communicable diseases. My consent for the release of this information may be revoked by me at any time, except to the extent that action has been taken in reliance on the consent. I understand this consent will be effective so long as reasonably necessary to provide emergency care to me and that my medical records information will be kept confidential pursuant to applicable federal, state, and local laws.

☐ I decline to grant permission to the Hospital to share my medical record information with other health care providers via INPC and decline to grant permission to the Hospital to receive my medical record information from othe health care providers via INPC, except as permitted by federal and state laws, rules and regulations. *(Enter patient response in computer.)*

**The undersigned certifies that he/she has read and understands the above.**

[signature] 3-18-2005
[Signature of Patient or Patient's legal representative if Patient is unable to sign] [Date Signed]

Relationship to Patient if Patient is unable to sign ____________

18D Consent Registration Number

CONSENT:INFORMATION-RECORDS-TREATMENT-FINANCIAL RESPONSIBILITY

IN THE Hamilton County Superior COURT #5

Med-I Solutions, LLC )
vs. ) Case Number: 29D05
Yvonne Emous ) *(To be supplied by Clek when case is filed.)*

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:** Initiating X Responding ___ Intervening ___

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): Med-I Solutions, LLC

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name: Courtney M. Gaber Atty Number: 25209-29
Address: 6239 S. East St. Ste F. Phone: 317-786-6800
Indpls, IN 46227 FAX: 317-786-9209
Computer Address: courtney@med1solutions.com

[List on continuation page the additional attorneys appearing for above party member(s)]

3. There are other party members: Yes___ No X *(If yes, list on continuation page.)*

4. *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): SC

5. I will accept service by FAX at the above noted number: Yes X No ___

6. This case involves support issues. Yes ___ No X *(If yes, supply social security numbers for all family members on continuation page.)*

7. There are related cases: Yes ___ No X *(If yes, list on continuation page)*

8. This form has been served on all other parties. Certificate of Service is attached: Yes___ No___

9. Additional information required by local rule: ______________________

[signature]
Attorney-at-Law
Attorney information shown above

Appearance Format for Use by Attorneys in Civil Cases; 4/1/95