# EXHIBIT "D"

FILED
2006 AUG 15 A 11:07
CLERK, HAMILTON CO. COURTS

# SMALL CLAIMS COMPLAINT

Name Med-1 Solutions, LLC

Address 6239 South East Street, Suite F

City Indianapolis State IN Zip 46227

Telephone (317) 786-6800

Plaintiff,

AGAINST

Name BETTIE M HOUSLEY

Address 835 N BURBANK RD

City INDIANAPOLIS State IN Zip 46219

Telephone 317-357-2553

Defendant.

**HAMILTON SUPERIOR NO. 5**
**One Hamilton County Square, Suite 297**
**Noblesville, Indiana 46060-2231**
**Telephone No. (317) 776-8260**

**CAUSE NO. 29D05-** 0608 **-SC-** 1931

Attorney (optional) Courtney M. Gaber

Address 6239 South East Street, Suite F

City Indianapolis State IN Zip 46227

Telephone (317) 786-6800

Attorney No. 25209-29

**Service by:** ☑ **Sheriff of** Marion **County**

☐ **Certified Mail**

## NOTICE OF CLAIM

TO THE DEFENDANT FROM THE CLERK OF THE COURTS:

You have been sued by the Plaintiff whose name appears above. You must appear in the Hamilton Superior Court No. 5 in person or with your attorney on September 4, 2006 @ 9am for hearing. The Plaintiff may be given a default judgment against you if you fail to appear at that time.

The Plaintiff's Claim is for: ■ Account or Note (copy attached) ☐ Rent (lease attached) ☐ Wages ☐ Contract (copy attached) ☐ Other (specify)

A brief statement of the nature of the Plaintiff's claim against you is as follows:

Unpaid Medical Bill (see attached) : $1961.45

Attorneys Fees (see attached consent form): $375.00

The Plaintiff demands judgment against the Defendant for $ 2336.45 , plus interest from ______, at the rate of ______%, and the court costs of this action.

7/27/06
Date

EXHIBIT "D"

Plaintiff (or attorney)

ACCOUNT BALANCE FOR ST VINCENT HOSPITAL & HEALTH CARE CENTER

ACCOUNT #:002050551000
PATIENT NAME: BETTIE M HOUSLEY
DATE OF SERVICE: 11/23/04
Bal: $554.73 +$20 LATE FEE added by hospital before referral to Med1
RESPONSIBLE PARTY: BETTIE M HOUSLEY
835 N BURBANK RD
INDIANAPOLIS IN 46219

DATE LISTED WITH MED-1: 06/03/05

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

ACCOUNT BALANCE FOR ST VINCENT HOSPITAL & HEALTH CARE CENTER

ACCOUNT #:002050553941
PATIENT NAME: BETTIE M HOUSLEY
DATE OF SERVICE: 12/14/04
Bal: $1283.62 +$20 LATE FEE added by hospital before referral to Med1
RESPONSIBLE PARTY: BETTIE M HOUSLEY
835 N BURBANK RD
INDIANAPOLIS IN 46219

DATE LISTED WITH MED-1: 06/20/05

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

ACCOUNT BALANCE FOR ST VINCENT HOSPITAL & HEALTH CARE CENTER

ACCOUNT #:002050729721
PATIENT NAME: BETTIE M HOUSLEY
DATE OF SERVICE: 05/03/05
Bal: $63.10 +$20 LATE FEE added by hospital before referral to Med1
RESPONSIBLE PARTY: BETTIE M HOUSLEY
835 N BURBANK RD
INDIANAPOLIS IN 46219

DATE LISTED WITH MED-1: 07/15/05

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

*St. Vincent Hospitals and Health Services*

Indianapolis ☐ Carmel ☒ Satellite ☐ Stress Centers ☐

HOUSLEY ,BETTIE M
2050551000 000171-50-81
HUSE, JOHN M.
[redacted]

HOUSLEY ,BETTIE M — 11/23/04

Patient Name (printed) (Last, First, Middle Initial) — Date of Service

# PLEASE READ THIS ENTIRE AUTHORIZATION PRIOR TO SIGNING

## GENERAL CONSENT FOR MEDICAL SERVICES

I request and authorize St.Vincent Hospital & Health Care Center, Inc., its agents and employees (hereinafter "SVH") and my physicians, their associates and assistants (hereinafter "Physicians") who may attend to me during this hospitalization, emergency service or outpatient visit to provide and perform such medical and surgical care, tests, procedures, drugs and other services and supplies as are considered advisable by my Physician for my health and well being. I understand this may include, but is not necessarily limited to anesthesia, pathology, radiology services and other special services and tests, including tests for communicable diseases, ordered by my physician.

## OPTING OUT OF CERTAIN DISCLOSURES

We may disclose medical information about you to a friend or family member who is involved in your medical care. If admitted, unless you tell us otherwise, we will list in the **patient directory** your name, location in the hospital, your general condition (good, fair, etc.) and your religious affiliation, and will release all but your religious affiliation to anyone who asks about you by name. Your religious affiliation may be disclosed only to a clergy member, even if they do not ask for you by name (see Notice of Privacy Practices for more information on disclosures and uses of your protected health information).

☐ NO - You may not release the foregoing information to those requesting it.

Note: A choice of "NO" means the hospital information desk will not acknowledge your presence as a patient, without exception, to anyone wishing to visit or call.

## OBSTETRICAL PATIENTS ONLY

If you (or your relative) are being admitted for the birth of a child, please check one of the following statements:

☐ YES - You may release a birth announcement to the local newspaper

☐ NO - You may not release a birth announcement to the local newspaper.

## AUTHORIZATION FOR RELEASE OF INFORMATION AND ASSIGNMENT OF BENEFITS

I hereby assign payment to SVH and the following health care providers and authorize them to release a copy of my medical records and to release any other information necessary for them to obtain my assigned payment from my insurance, Medicare, Medicaid, workers' compensation carriers, and the social security administrators with whom I have coverage or from whom benefits are, or may become, payable to me, including settlements or judgements from the incident for which I am receiving treatment:

(1) St.Vincent Health (SVH), (2) Health care providers who are not employees of SVH, but who have a contract to provide services, such as, Emergency Physicians, Anesthesiologists, Radiologists, Pathologists, and Mental Health providers: (3) Health care providers who have no employment or other contractual agreement with SVH, such as paramedics. I acknowledge that the providers in categories two (2) and three (3) above are not employees or agents of SVH and I understand that SVH is not liable for the acts of providers in categories two (2) and three (3). I agree to pay, when billed or requested by SVH, any amount charged for hospital services not covered by insurance benefits.

## ACKNOWLEDGEMENTS OF FINANCIAL RESPONSIBILITY

By signing this form you agree to abide by all the terms contained in the consent form and this agreement. You also agree to pay all charges promptly when due. A late fee of $20.00 will be added to your account each month that the payment is not posted by the due date as indicated on your statement. If your account is forwarded to a collection agency or attorney: (1) whether or not legal proceedings are instituted, a collection agency fee of up to 20% not exceeding $1000.00 will be added to the account balance forwarded: and (2) you are responsible for any court costs or reasonable attorney fees incurred in the collection of your account.

- I have received a written copy of my patient bill of rights and privacy practices. ☒ Yes ☐ No
- In the event I am admitted to the hospital, information regarding advance directives will be provided to me.
- (For Medicare Patient) In the event I am admitted to the hospital, I will be provided with a copy of the 'Important Letter to Medicare Patients'.

<u>The undersigned certifies that he/she has read and understands the above</u>

X Bettie Housley — X 11/23/04

Signature of Patient or Patient's legal representative if patient unable to sign — Date Signed

X 855 N. Burbank Rd Indpls IN 46219 — X 357-2553

Address (City, State, Zip) — Phone Number

[signature] — 11/23/04

Signature of Witness — Date Signed

**Authorization to Release and Obtain Medical Records Via Computer System:**

☒ I authorize SVH to release my medical record information, whether in printed or electronic form, via an automated computer system called the Indiana Network for Patient Care ("INPC"), pursuant to applicable federal and state laws, rules and regulations, to health care institutions, physicians, other providers who may have me as a patient, and research institutions that agree to treat my information in a confidential manner in accordance with applicable federal, state and local laws. I further authorize any other individual or entity that has provided health care to me, which may include Indianapolis-area hospitals, health care providers, managed care organizations, laboratories, and pharmacies, to release to SVH any and all of my medical record information, whether in printed or electronic form, via INPC, needed to provide me with informed medical care. **This authorization extends to records relating to communicable diseases.** My consent for the release of this information may be revoked by me at any time, except to the extent that action has been taken in reliance on the consent. I understand this consent will be effective so long as reasonably necessary to provide emergency care to me and that my medical record information will be kept confidential pursuant to applicable federal, state, and local laws.

☐ **I decline to grant permission to SVH to share my medical record information with other health care providers via INPC and decline to grant permission for SVH to receive my medical record information from other health care providers via INPC, except as permitted by federal and state laws, rules and regulations:** *(enter patient response in computer)*

X Bettie Housley — X 11/23/04

Patient or Legal Representative's Signature — Date Signed

16D

CONSENT: INFORMATION-RECORDS-TREATMENT-FINANCIAL RESPONSIBILITY

IN THE Hamilton County Superior COURT #5

Med-I Solutions, LLC )
vs. ) Case Number: 29D05
Bettie Housley ) *(To be supplied by Clek when case is filed.)*

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:** Initiating X Responding ____ Intervening ____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): Med-I Solutions, LLC

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name: Courtney M. Gaber
Address: 6239 S. East St. Ste F
Indpls, IN 46227
Atty Number: 25209-29
Phone: 317-786-6800
FAX: 317-786-9209
Computer Address: courtney@med1solutions.com

[List on continuation page the additional attorneys appearing for above party member(s)]

3. There are other party members: Yes____ No X *(If yes, list on continuation page.)*

4. *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): SC

5. I will accept service by FAX at the above noted number: Yes X No ____

6. This case involves support issues. Yes ____ No X *(If yes, supply social security numbers for all family members on continuation page.)*

7. There are related cases: Yes ____ No X *(If yes, list on continuation page)*

8. This form has been served on all other parties. Certificate of Service is attached: Yes___ No___

9. Additional information required by local rule: ____________________

[signature]
Attorney-at-Law
Attorney information shown above

Appearance Format for Use by Attorneys in Civil Cases; 4/1/95