IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRIAN J. KELLEY, DENISE D. BOYD, YVONNE S. EMOUS and BETTIE M. HOUSLEY individually and on behalf of all of those similarly situated, Plaintiffs, | ) | |
| v. | ) | CASE NO: 1:07-CV-1245-SEB-IMS |
| MED-1 SOLUTIONS, LLC, WILLIAM J. HUFF, FRANCIS R. NIPER, COURTNEY GABER and RICHARD R. HUSTON, Defendants. | ) | |

**MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

Come now the Defendants, by counsel, and move to dismiss Plaintiffs' claims for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

In support of this motion, Defendants contemporaneously file their memorandum of law in support of this Motion to Dismiss.

WHEREFORE, Defendants pray that the Court dismiss Plaintiffs' complaint in its entirety for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), and for all other relief just and proper in the premises.

KIGHTLINGER & GRAY, LLP

s/Peter A. Velde
Peter A. Velde #949-49
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Glenn S. Vician
Bowman, Heintz, Boscia & Vician P.C.
8605 Broadway
Merrillville, IN 46410

Robert Stochel
Hoffman & Stochel
Suite 306 One Professional Center
Crown Point, IN 46307

s/Peter A. Velde
Peter A. Velde

KIGHTLINGER & GRAY, LLP
Market Square Center, Suite 600
151 North Delaware Street
Indianapolis, IN 46204
317/638-4521